No. 78–528. PIERCE v. GEORGIA;
No. 78–529. CALLAHAN v. GEORGIA;
No. 78–530. WICKMAN v. GEORGIA; and
No. 78–531. RITCHIE v. GEORGIA. Ct. App. Ga. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would grant certiorari and reverse the convictions. Reported below: 145 Ga. App. 680, 244 S. E. 2d 589.

No. 78–549. HENDERSON, CORRECTIONAL SUPERINTENDENT, ET AL. v. MAJORS ET AL. Ct. App. N. Y. Motion of respondent Majors for leave to proceed *in forma pauperis* granted. Certiorari denied. 